■ WINFORD H. LEWIS, Respondent, v MARY ELIZABETH LEWIS, Also Known as BETSY LEWIS, Appellant. (Appeal No. 1.) [898 NYS2d 916]—Appeal from an order of the Supreme Court, Monroe County (Philip B. Dattilo, Jr., R.), entered June 28, 2008 in a divorce action. The order, insofar as appealed from, directed defendant to pay maintenance to plaintiff.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Matter of Eric D. [appeal No. 1], 162 AD2d 1051 [1990]). Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ WINFORD H. LEWIS, Appellant-Respondent, v MARY ELIZABETH LEWIS, Also Known as BETSY LEWIS, Respondent-Appellant. (Appeal No. 2.) [899 NYS2d 722]—Appeal and cross appeal from an amended judgment of the Supreme Court, Monroe County (Stephen K. Lindley, J.), entered September 4, 2008 in a divorce action. The amended judgment, inter alia, directed defendant to pay maintenance to plaintiff.

It is hereby ordered that the amended judgment so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ JANICE RIVENBURG, Respondent, v HIGHLAND HOSPITAL OF ROCHESTER et al., Appellants. (Appeal No. 1.) [898 NYS2d 916]—Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered April 22, 2009 in a medical malpractice action. The order denied the motion of defendants for judgment notwithstanding the verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Smith v Catholic Med. Ctr. of Brooklyn & Queens, 155 AD2d 435 [1989]; see also CPLR 5501 [a] [1]). Present—Martoche, J.P., Centra, Fahey, Peradotto and Pine, JJ.